Writ denied: No error of law in the ruling complained of.

268 So.2d 677

**STATE of Louisiana ex rel. Robert AULDS**

v.

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary.**

**No. 52975.**

Nov. 21, 1972.

Application denied; the judgment of the trial court is correct.

BARHAM, J., is of the opinion that several factual allegations raise competence of counsel and due process which require evidentiary inquiry. I would order a hearing on competence of counsel and suppression of evidence favorable to relator through alleged collusion.

268 So.2d 678

**Joseph P. MESSINA et al.**

v.

**KOCH INDUSTRIES, INC. (formerly Rock Island Oil & Refining Co., Inc.,) et al.**

**No. 52971.**

Nov. 28, 1972.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.